UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-114 |
| | ) | (VARLAN/GUYTON) |
| STEVE GILLESPIE, | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned on October 31, 2005, for an initial appearance and arraignment on an indictment. Special Assistant United States Attorney Brownlow Marsh was present for the government and Paula Voss, Federal Defender Services, appeared as appointed counsel for the defendant.

The defendant is currently serving a term of imprisonment on state charges and was brought before this Court on a writ. The defendant and his attorney executed a Waiver of Detention Hearing in open court.

Accordingly, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on

request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

s/ H. Bruce Guyton  
United States Magistrate Judge